**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 4, 2026

Ms. Shanta Driver

Ms. Christina Rand Zeidan
Ms. Elizabeth Fitzgerald-Sambou

Re: Case No. 25-3146, *Perez-Perez v. Pamela Bondi*
Originating Case No. A 201 985 731

Dear Counsel,

   The Court issued the enclosed order today in this case. Also attached are the revised opinion and judgment.

Sincerely yours,

s/Kelly Stephens
Cathryn Lovely, Opinions Deputy
Direct Dial No. 513-564-7062

cc: EOIR Originating Clerk
    Office of Immigration Litigation

Enclosures