Case No. 25-3146

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

RODERICO FILADELFO PEREZ-PEREZ

    Petitioner

v.

PAMELA BONDI, U.S. Attorney General

    Respondent

Before: GIBBONS, McKEAGUE, and RITZ, Circuit Judges.

UPON CONSIDERATION of respondent's petition for panel rehearing and petitioner's response in opposition,

IT IS ORDERED that the petition be, and it hereby is, GRANTED.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: March 04, 2026