No. 25-3146

RODERICO FILADELFO PEREZ-PEREZ,

    Petitioner,

v.

PAMELA BONDI, Attorney General,

    Respondent.

**FILED**
November 21, 2025
KELLY L. STEPHENS, Clerk

Before: GIBBONS, McKEAGUE, and RITZ, Circuit Judges.

## CORRECTED JUDGMENT

THIS MATTER came before the court upon the petition for review of a decision of the Board of Immigration Appeals.

UPON FULL REVIEW of the record and the briefs and arguments of counsel,

IT IS ORDERED that the petition for review is GRANTED, and the decision of the BIA is REVERSED and REMANDED for further proceedings consistent with the opinion of this court.

                **ENTERED BY ORDER OF THE COURT**

                Kelly L. Stephens, Clerk